# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| v. | * | **CRIM. NO. JKB-16-485** |
| **DONTE HARRIS,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Now pending before the Court is Defendant Donte Harris' Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (ECF No. 1779.) The Government does not oppose the motion (*see* ECF No. 1780) and no hearing is necessary. *See* Local Rules 105.6, 207 (D. Md. 2018). Harris' motion will be granted.

Harris filed a request for compassionate release with the warden of his institution on August 7, 2020, and the government does not dispute that he is procedurally eligible for compassionate release. (*See* ECF No. 179-1, at 5.) Harris has provided evidence that he has serious medical conditions which dramatically heighten his risk of suffering severe illness or death should he contract COVID-19. The combination of the ongoing COVID-19 pandemic and these medical conditions constitutes an "extraordinary and compelling" reason for compassionate release under § 3582(c)(1)(A)(i). Harris has already served 29 months of his 38-month sentence, and he is scheduled to be transferred to a residential reentry center on September 24, 2020. (ECF No. 1779-1, at 1.) Under these circumstances, the § 3553(a) factors permit compassionate release.

1

Accordingly, it is hereby ORDERED:

1. Pursuant to 28 U.S.C. § 3582(c)(1)(A)(i), the Defendant Donte Harris' term of incarceration is reduced to Time Served plus 14 days, followed by a three-year term of supervised release.

2. Prior to his release from custody, the Bureau of Prisons is directed to place Harris in quarantine for a period of 14 days and to evaluate him for the purposes of receiving a medical clearance.

3. Upon the expiration of the 14-day quarantine period and receipt of a medical clearance, Harris is to be released from custody.

4. An Amended Judgment & Commitment Order shall issue.

DATED this 8 day of September, 2020.

BY THE COURT:

James K. Bredar
Chief Judge